# EXHIBIT A

**Section 16.20** **Patrol Mid-year Vacancy Shift Rebidding**

Any patrol shift vacancies that occur prior to October 1 shall be open for rebidding with a reasonable amount of time given for response by officers. Vacancies that occur on or after October 1 shall be filled at the discretion of the employer.

**Section 16.21** **Probationary Period**

The probationary period of a newly hired officer shall be eighteen (18) months from the date of hire. The Chief shall have the sole discretion to extend the period for training or disciplinary purposes.

## ARTICLE 17
## HOLIDAYS

**Section 17.1** **Holidays**

Twelve (12) paid holidays will be granted to employees:

| | |
|---|---|
| New Year's Day | |
| Memorial Day | (last Monday in May) |
| July 4 | |
| Labor Day | (first Monday in September) |
| Veterans' Day | |
| Thanksgiving Day | (fourth Thursday in November) |
| Day after Thanksgiving | (fourth Friday in November) |
| Christmas Eve | |
| Christmas Day | |
| Three (3) Floating Holidays | Cannot be used as time off. Must be cashed in by the end of each year. |

**Section 17.2** **Payment in Lieu of Holidays**

Employees will receive compensation in the form of an extra day's pay at one-and-one-half (1½) times the employee's regular hourly rate for all holidays. When a holiday falls on a

41