# **EXHIBIT B**

**CITY OF NAPERVILLE, ILLINOIS – BOARD OF FIRE AND POLICE COMMISSIONERS**      **4.17**

Page 1 of 1

### CHAPTER FOUR – ORIGINAL APPOINTMENTS TO THE POLICE DEPARTMENT

**4.17    PROBATION**

All persons newly appointed as police officers to the City of Naperville Police Department shall be considered probationary employees for a period of at least eighteen (18) months. The Board may extend the original probationary period for a police officer for an additional six (6) months upon the recommendation of the Police Chief. A probationary employee is an employee-at-will.

The probationary period for service in the City's Police Department may be tolled for those periods of time a probationary police officer is unable or unavailable to perform his or her assigned duties due to required training or due to injury or illness (whether or not job-related) if such periods of absence exceed thirty calendar (30) days. If an absence greater than thirty (30) days is granted by the City's Police Department during a police officer's probationary period, the probationary period shall automatically be extended by the length of the absence. The employee shall be notified of the extension of the probationary period.

A probationary employee is not entitled to a hearing before the Board, and the action of the Board is final. No grievance shall be presented or entertained in connection with such suspension or termination of any probationary employee.

The Board shall consider the written recommendation of the Police Chief to appoint to full-time, non-probationary status or terminate, and shall act upon that recommendation by either appointment or termination. In no case shall a probationary police officer be discharged until after the Police Chief has received from the Board a notice in writing that the Board has approved the discharge.

**LEGAL REF.:**   65 ILCS 5/10-2.1-4; Current Collective Bargaining Agreement between the City of Naperville and the Illinois Fraternal Order of Police Labor Council/F.O.P. Lodge No. 42

**ADOPTED:**      February 23, 2016