# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Clayton Plumtree

                        Plaintiff,

v.                                                     Case No.: 1:22−cv−06635
                                                      Honorable Rebecca R. Pallmeyer

City Of Naperville, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 19, 2024:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: The court thanks counsel for their recent status report [70] and grants their request for an extension of the discovery close date to September 13, 2024. Recognizing the difficulties presented by scheduled leave, the court sets the date for filing of Defendant's dispositive motion on October 4, 2024; response to be filed by October 25, 2024; reply by November 11, 2024. Parties are reminded of the need to engage in good−faith settlement efforts before preparation of a dispositive motion. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.